UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

INDIANAPOLIS, INDIANA
U.S. CLERK'S OFFICE
FEB 19 2020
FILED

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) CAUSE NO. 1:20-mj-00159 |
| | ) |
| MATTHEW L. SWANSON, | ) |
| | ) |
| Defendant. | ) |

## APPEARANCE

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana,

by Abhishek S. Kambli, Assistant United States Attorney for the Southern District of Indiana,

and enters his appearance as counsel for the United States of America.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: _____

Abhishek S. Kambli
Assistant United States Attorney